PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SARA RADOSAVLJEVIC,                           )
                                              )     CASE NO.  1:23CV2264
            Plaintiff,                        )
                                              )
      v.                                      )     JUDGE BENITA Y. PEARSON
                                              )
MARTIN J. O'MALLEY,[1]                        )
COMMISSIONER OF                               )
SOCIAL SECURITY,                              )
                                              )     **MEMORANDUM OF OPINION**
            Defendant.                        )     **AND ORDER**


An Administrative Law Judge ("ALJ") denied Plaintiff Sara Radosavljevic's applications

for disability insurance benefits ("DIB") and supplemental security income ("SSI") after a hearing

in the above-captioned case.  That decision became the final determination of the Commissioner of

Social Security when the Appeals Council denied the request to review the ALJ's decision.  The

claimant sought judicial review of the Commissioner's decision, and the Court referred the case to

Magistrate Judge Jennifer Dowdell Armstrong for preparation of a report and recommendation

pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  On October 11, 2024, the magistrate judge

submitted a Report (ECF No. 9) recommending that the Court affirm the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be

filed within 14 days after service.  Objections to the magistrate judge's Report were, therefore, due

on October 25, 2024.  Neither party has filed objections, evidencing satisfaction with the magistrate

_____

[1]  Kilolo Kijakazi was the original Defendant.  He was sued in an official capacity as a
public officer.  On December 20, 2023, Martin J. O'Malley became the Commissioner of Social
Security.  Pursuant to Fed. R. Civ. P. 25(d), O'Malley's name has been automatically substituted as
a party.

(1:23CV2264)

judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in favor of Defendant.


IT IS SO ORDERED.


  October 28, 2024
Date

  /s/ Benita Y. Pearson
Benita Y. Pearson
United States District Judge